# EXHIBIT 1

## THE ARSONS




## THE ARSONS





## THE ARSONS



# THE ARSONS





# THE DESTRUCTION





## THE LOOTING







## THE SEARCH







## THE DRAWING



## THE DRAWING



## <u>THE TATTOO</u>

