Presented to the Court by the foreman of the Grand Jury in open Court, in the presence of the Grand Jury and FILED in the U.S. DISTRICT COURT at Seattle, Washington

August 20, 2020

WILLIAM M. McCOOL, Clerk

By _____ Deputy

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CR20-129 JCC |
| Plaintiff, | |
| v. | INDICTMENT |
| MARGARET AISLINN CHANNON, | |
| Defendant. | |

## COUNT 1

*(Arson)*

On or about May 30, 2020, at Seattle, in the Western District of Washington, MARGARET AISLINN CHANNON did maliciously damage and destroy, and attempt to damage and destroy, by means of fire, a vehicle, namely, Vehicle 1, that was used by the Seattle Police Department in interstate and foreign commerce and in an activity affecting interstate and foreign commerce, and that was in whole or in part owned and possessed by the Seattle Police Department, an institution and organization receiving Federal financial assistance.

All in violation of Title 18, United States Code, Section 844(f)(1) and 844(i).

//

//

## COUNT 2

### (Arson)

On or about May 30, 2020, at Seattle, in the Western District of Washington, MARGARET AISLINN CHANNON did maliciously damage and destroy, and attempt to damage and destroy, by means of fire, a vehicle, namely, Vehicle 2, that was used by the Seattle Police Department in interstate and foreign commerce and in an activity affecting interstate and foreign commerce, and that was in whole or in part owned and possessed by the Seattle Police Department, an institution and organization receiving Federal financial assistance.

All in violation of Title 18, United States Code, Section 844(f)(1) and 844(i).

## COUNT 3

### (Arson)

On or about May 30, 2020, at Seattle, in the Western District of Washington, MARGARET AISLINN CHANNON did maliciously damage and destroy, and attempt to damage and destroy, by means of fire, a vehicle, namely, Vehicle 3, that was used by the Seattle Police Department in interstate and foreign commerce and in an activity affecting interstate and foreign commerce, and that was in whole or in part owned and possessed by the Seattle Police Department, an institution and organization receiving Federal financial assistance.

All in violation of Title 18, United States Code, Section 844(f)(1) and 844(i).

## COUNT 4

### (Arson)

On or about May 30, 2020, at Seattle, in the Western District of Washington, MARGARET AISLINN CHANNON did maliciously damage and destroy, and attempt to damage and destroy, by means of fire, a vehicle, namely, Vehicle 4, that was used by the Seattle Police Department in interstate and foreign commerce and in an activity affecting interstate and foreign commerce, and that was in whole or in part owned and

possessed by the Seattle Police Department, an institution and organization receiving Federal financial assistance.

All in violation of Title 18, United States Code, Section 844(f)(1) and 844(i).

## COUNT 5

### (Arson)

On or about May 30, 2020, at Seattle, in the Western District of Washington, MARGARET AISLINN CHANNON did maliciously damage and destroy, and attempt to damage and destroy, by means of fire, a vehicle, namely, Vehicle 5, that was used by the Seattle Police Department in interstate and foreign commerce and in an activity affecting interstate and foreign commerce, and that was in whole or in part owned and possessed by the Seattle Police Department, an institution and organization receiving Federal financial assistance.

## COUNT 6

### (Use of Fire to Commit a Felony)

On or about May 30, 2020, at Seattle, in the Western District of Washington, MARGARET AISLINN CHANNON did use fire to commit a felony which may be prosecuted in a court of the United States, namely, *Obstructing Law Enforcement Officers During a Civil Disorder*, as alleged below in Count 7.

All in violation of Title 18, United States Code, Section 844(h)(1).

## COUNT 7

### (Obstructing Law Enforcement Officers During a Civil Disorder)

On or about May 30, 2020, at Seattle, in the Western District of Washington, MARGARET AISLINN CHANNON did commit, and attempt to commit, acts, specifically, the destruction of Vehicles 1-5 which were owned and used by the Seattle Police Department, to obstruct, impede, and interfere with law enforcement officers lawfully engaged in the lawful performance of their official duties incident to and during the commission of a civil disorder, which in any way or degree obstructed, delayed, and

1  adversely affected commerce and the movement of any article and commodity in
2  commerce, and the conduct and performance of a federally protected function.
3      All in violation of Title 18, United States Code, Section 231(a)(3).

A TRUE BILL:

DATED: august 19, 2020

*Signature of foreperson redacted pursuant to the policy of the Judicial Conference of the United States*

_____
FOREPERSON

_____
BRIAN T. MORAN
United States Attorney

_____
TODD GREENBERG
Assistant United States Attorney

INDICTMENT/*United States v. Channon* - 4

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970