

**U.S. Department of Justice**

*United States Attorney*
*Western District of Washington*

*700 Stewart Street, Suite 5220*  *Tel: (206) 553-7970*
*Seattle WA, 98101-1271*  *Fax: (206) 553-4440*
*www.usdoj.gov/usao/waw*

August 21, 2020

**<u>VIA ECF</u>**
Vanessa Pai-Thompson
Attorney at Law

      Re:    *United States v. Margaret Aislinn Channon*
              <u>No. CR20-129 JCC, USDC, W.D. Washington</u>

Dear Counselor:

      Please be advised that the arraignment for the defendant named in the above cause has been scheduled as follows:

      Date:        Thursday, August 27, 2020

      Time:       9:00 a.m.

      Before:     Mary Alice Theiler, United States Magistrate Judge

      Place:       United States Courthouse, Room 12B
                     700 Stewart Street, 12th Floor, Seattle, WA 98101

      It will be necessary that you and your client be present at the time and place indicated above, or via video or teleconference as directed by the Court. The indictment and other documents related to this case are available on the Court's Electronic Docketing System.

      If this is your client's first appearance, please contact U.S. Probation and Pretrial Services, 206-370-8950 (Seattle) or 253-882-3705 (Tacoma), to schedule a pretrial interview in advance of the arraignment.

      The Court has requested us to call your attention to the Speedy Trial Act (18 U.S.C. §3161 <u>et</u>. <u>seq</u>.), and the District's Plan for Prompt Disposition of Criminal Cases, available on the Court's website: https://www.wawd.uscourts.gov.

                                        Very truly yours,

                                        BRIAN T. MORAN
                                        United States Attorney

                                        *s/ Todd Greemberg*
                                        TODD GREENBERG
                                        Assistant United States Attorney