THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　Plaintiff,<br><br>　　v.<br><br>MARGARET AISLINN CHANNON,<br><br>　　　　　　　　Defendant. | CASE NO. CR20-0129-JCC<br><br>ORDER |

This matter comes before the Court on the parties' joint motion to continue trial (Dkt. No. 59). Having thoroughly considered the motion and the relevant record, the Court hereby GRANTS the motion for the reasons explained herein.

On August 20, 2020, Ms. Channon was charged by indictment with arson, using fire to commit a felony, and obstructing law enforcement officers during a civil disorder. (Dkt. No. 44.) Trial was originally scheduled for October 19, 2020, (Dkt. No. 50), but the Court granted the parties' stipulated motions to continue trial to March 8, 2021, (Dkt. No. 53), and then June 7, 2021, (Dkt. No. 57), based on the courthouse closures required by the COVID-19 pandemic and the need for defense counsel to have adequate time to prepare for trial.

The parties now move for a third continuance to November 15, 2021 because Ms. Channon and her counsel need additional time to review the voluminous discovery the Government produced and because of the continued effect of the COVID-19 pandemic on the

Court's ability to conduct jury trials. (*See generally* Dkt. No. 59.) Indeed, the COVID-19 pandemic has significantly impacted the Court's operations. (*See* General Orders 01-20, 02-20, 07-20, 08-20, 11-20, 13-20, 15-20, 18-20, 04-21 each of which the Court incorporates by reference.) The pandemic has made it difficult for the Court to obtain an adequate spectrum of jurors to represent a fair cross section of the community, and public health guidance has impacted the ability of jurors, witnesses, counsel, and Court staff to be present in the courtroom. (*See generally id.*) As a result, the Court has been unable to conduct any criminal trials in the courthouse since March 2020. Although the availability of a vaccine makes it likely that the Court will be able to resume in-person criminal trials in mid-May 2021, the Court will continue to be limited by public health measures, such as limits on the number of people in the courthouse and courtrooms, which will affect the Court's ability to try cases as efficiently as it would absent a pandemic and will require that most trials be continued past June 30, 2021. *See* General Order 04-21 at 2.

For all the reasons set forth in the parties' joint motion and this Order, the Court CONTINUES trial to November 15, 2021 and FINDS that the ends of justice served by continuing the trial in this case outweigh the best interest of the public and Defendant to a speedy trial. The Court further FINDS:

1. Taking into account the exercise of due diligence, the failure to grant a continuance would deny Defendant's counsel reasonable time necessary for effective preparation, *see* 18 U.S.C. § 3161(h)(7)(B)(iv), and would therefore result in a miscarriage of justice, *see* 18 U.S.C. § 3161(h)(7)(B)(i).
2. The COVID-19 pandemic has made it difficult for the Court to obtain an adequate spectrum of jurors to represent a fair cross section of the community, which would likely make proceeding on the current case schedule impossible or would result in a miscarriage of justice. *See* 18 U.S.C. § 3161(h)(7)(B)(i).
3. Public health guidance has impacted the ability of jurors, witnesses, counsel, and

Court staff to be present in the courtroom. Therefore, proceeding with the current trial date would likely be impossible or would result in a miscarriage of justice. *See* 18 U.S.C. § 3161(h)(7)(B)(i).

Accordingly, the Court ORDERS:

1. Trial is CONTINUED to November 15, 2021.
2. The pretrial motions deadline is CONTINUED to September 20, 2021.
3. The period of time between the date of this Order and the new trial date is an excludable time period under 18 U.S.C. § 3161(h)(7)(A).

DATED this 20th day of April 2021.

John C. Coughenour
UNITED STATES DISTRICT JUDGE