WA/WD PTS-NoAction (01/19)

# UNITED STATES DISTRICT COURT
for
Western District of Washington

Report on Defendant Under Pretrial Services Supervision

**Date of Report:** 10/25/2021

**Name of Defendant:** Margaret Aislinn Channon  **Case Number:** 2:20CR00129JCC-001

**Name of Judicial Officer:** The Honorable Brian A. Tsuchida, United States Magistrate Judge

**Original Offense:**  Counts 1-5: Arson
  Count 6: Use of Fire to Commit a Felony
  Count 7: Obstructing Law Enforcement Officers During a Civil Disorder

**Date Supervision Commenced:** 07/15/2020

Bond Conditions Imposed:

- Submit to drug and alcohol testing, to include urinalysis, breathalyzer, or hand-held testing devices, as directed by Pretrial Services. You shall not use, consume, or possess alcohol, any product containing alcohol, or other intoxicants, including medication, unless prescribed to you by a physician and under the direction of Pretrial Services. Obtain an alcohol/substance abuse evaluation and follow any treatment recommendations as directed by Pretrial Services. You shall participate as directed in a program approved by the probation and pretrial services office for treatment of narcotic addiction, drug dependency, or substance abuse, which may include testing to determine if the defendant has reverted to the use of drugs or alcohol.

- Travel is restricted to the Western District of Washington, or as directed by Pretrial Services.

- Surrender all current and expired passports and travel documents to the court. Do not apply for/obtain a new passport or travel document from any country without permission of the court. If the surrendered passport is a foreign passport, it shall be forwarded to Immigration and Customs Enforcement if defendant is convicted of an offense, unless otherwise ordered by the Court.

- Maintain residence as directed. Do not change residence without prior approval of Pretrial Services or as directed by Pretrial Services.

- You are prohibited from possessing or having access to firearms and dangerous weapons. All firearms and dangerous weapons must be removed from your residence(s), vehicle(s), and place of employment. This condition operates in conjunction with any restrictions imposed under Title 18, USC 922, and the Washington State Revised Code, Chapter 9.41.

- Release on third-party custody to: Elizabeth MacGahan

- Undergo a mental health, psychiatric or psychological evaluation and follow all treatment recommendations in that evaluation, as directed by Pretrial Services. You shall take all medications as prescribed.

- You must contribute towards the costs of the services required by this bond, to the extent you are financially able to do so, as determined by Pretrial Services.

- The defendant shall abide by all federal, state, and local directives regarding the COVID-19 pandemic.

The Honorable Brian A. Tsuchida, United States Magistrate Judge  Page 2
Report on Defendant Under Pretrial Services Supervision  10/25/2021

- The defendant shall participate in the location monitoring program with Active Global Positioning Satellite technology. The defendant shall comply with a curfew as directed by the location monitoring specialist. The defendant shall abide by all program requirements, and must contribute towards the costs of the services, to the extent financially able, as determined by the location monitoring specialist. **The location monitoring specialist will coordinate the defendant's release with the U.S. Marshals.**

## NONCOMPLIANCE SUMMARY

The defendant has not complied with the following conditions of supervision:

- Submit to drug and alcohol testing, to include urinalysis, breathalyzer, or hand-held testing devices, as directed by Pretrial Services. You shall not use, consume, or possess alcohol, any product containing alcohol, or other intoxicants, including medication, unless prescribed to you by a physician and under the direction of Pretrial Services. Obtain an alcohol/substance abuse evaluation and follow any treatment recommendations as directed by Pretrial Services. You shall participate as directed in a program approved by the probation and pretrial services office for treatment of narcotic addiction, drug dependency, or substance abuse, which may include testing to determine if the defendant has reverted to the use of drugs or alcohol.

**Nature of Noncompliance**
1. Failing to report for urinalysis testing, in violation of the special condition, on the following dates:

    - September 8, 2021
    - October 20, 2021

**Supporting Evidence**: On September 8 and October 20, 2021, Ms. Channon failed to report for urinalysis testing as scheduled. Reporting for urinalysis tests on the scheduled date was sometimes a challenge for her this summer. However, in between the two dates listed in this report, she participated in three consecutive tests (all negative results). Moreover, Ms. Channon successfully discharged from treatment in September 2021, remains on the location monitoring program, and is generally responsive to me.

**United States Probation Officer Action:**
☒     Reprimand

I consulted with Assistant United States Attorney Todd Greenberg, as well as defense counsel, Vanessa Pai-Thompson, and they concur with my recommendation.

I respectfully recommend that the Court endorse the actions taken at this time.

The Honorable Brian A. Tsuchida, United States Magistrate Judge Page 3
Report on Defendant Under Pretrial Services Supervision 10/25/2021

I swear under penalty of perjury that APPROVED:
the foregoing is true and correct. Monique D. Neal
 Chief United States Probation and Pretrial Services Officer

Executed on this 25th day of October, 2021. BY:

_____ _____
Mike Munsterman Patrick E. Robertson
United States Probation Officer Supervising United States Probation Officer

**THE COURT FINDS PROBABLE CAUSE AND DIRECTS:**

☒ Judicial Officer endorses the United States Probation Officer's actions
☐ Issue a Summons
☐ Issue a Warrant
☐ Other

_____
Brian A. Tsuchida, United States Magistrate Judge
10/25/2021
 Date