# THE ARSONS




# THE ARSONS



# THE ARSONS



## THE ARSONS



## **THE DESTRUCTION**




## THE DESTRUCTION



# **THE LOOTING**







# **THE LOOTING**





## **THE DRAWING**



# **THE DRAWING**

