February 8, 2022

Dear Judge Coughenour,

    In honor of my plea, I am writing to take responsibility for my charges. I apologize for the damage I caused. Black Lives Matter is an organization with leadership that does not condone illegal activity. I apologize to the many workers and activists — who have given decades of their lives to building a countermeasure to police violence — that did not want to see fire in June of 2020.

    I read in your decision to release me from custody on bond that you recognized I had intended to effect positive change, but my attempt was misguided. I hope that my actions after this sentence will lead to positive change in the world, after receiving an education. My defense team and I researched the college and job training programs that each of the Women's prisons offer and I favored FCI Aliceville for electricians' apprenticeship.

                                                       Sincerely,
                                                       *Margaret Channon*