February 8, 2022

Dear Judge Coughenour,

My daughter, Margaret Channon, is, quite obviously, in a moment of crisis in her life. I feel helpless trying to support her when she needs it the most and I can do the least.

To that end, I'm writing to tell you a little bit about her past, her plans, and who she is. All four of her grandparents were civil servants. Her paternal grandfather lost family in the Holocaust, and her paternal grandmother worked for the federal judiciary on bankruptcy code. And her maternal grandfather–my dad–worked for NATO for many years. Margaret was raised in a family with a culture of service, social awareness, and a sense of obligation to justice. I know any mother would say this, but her grades in school back me up: She's bright and sensitive, and her travels gave her an experience of language and art that has expanded her compassion even more.

Another incredibly obvious thing to note: This pandemic and concurrent new wave of the civil rights movement has been destabilizing. It's a very difficult time to be young and sensitive, and to suffer losses. Margaret lost both of her grandmothers not long before the lockdowns, and she was close to both of them. I can't say exactly how we got where we are, but I know that for almost two years, she's been restabilizing.

Margaret has been reading, working, drawing, going to therapy, and helping me out quite a bit. She's been quiet and peaceful more, lately, than so far in her adulthood. She's been learning to ask for help, and to share burdens, and communicate with friends and family better than ever. She's made a lot of progress into being a grown-up. She's learned a great deal about discretion and calm. I'm dreading the undoing of this.

If anything good can come from this situation, for my child, my family, and for the greater good, it will be her getting an education. Her plan is to find a college that will confer a four-year degree by mail, and put as much effort as her situation will allow into education. When she returns to us, I know much of her work will be undone. But in the last 600 days or so, she's learned a lot about resilience. I and the rest of the family will do our best to connect with her while she's away. When she returns to us, we'll be ready to continue our support, and find ways to return her to emotional and financial health. Whatever is required of me–that's what I'll do.

Thank you for your time,

Elizabeth MacGahan

February 7, 2022

The Honorable John C. Coughenour

Dear Judge Coughenour,

I am writing to offer support for Margaret Channon, who is appearing before you for sentencing on February 15, 2022.

I am the first cousin of Margaret's paternal grandmother, Patricia Ketchum. I am retired now, but am a lawyer by training (Harvard Law '75) and worked for many years in the telecommunications law and policy field, including 10 years (in two stints) at the Federal Communications Commission and 11 years as the Senior Vice President for Government Affairs for the wireless carrier T-Mobile, USA.

My cousin Pat and I had a close family relationship. She lived for many years in or near Alexandria, VA, where my wife and I have lived for the last 44 years. We would get together with Pat and her two boys, Tom and Aengus, Margaret's father, for many holidays and celebrations, as well as just ordinary visits. We watched the boys grow up, attended their football games at Bishop Ireton High School, and stayed close to them as they went off to college, grew into accomplished young men, and married and had children of their own.

Margaret was my cousin Pat's first grandchild. I recall the joy that attended her arrival. Aengus and his family were then living in the Southeast Virginia area so we did not get to spend as much time with them as we had with Aengus when he was growing up. But, nevertheless, they were close enough that they were often able to come to family events back in the Alexandria area. And when they did, we were able to interact with Margaret.

I know Margaret as a warm, engaging, intelligent person. I recall that even as a child she was a voracious reader – e.g., she loved the Harry Potter series and would consume each new volume eagerly, shortly after it came out. She also could discuss it intelligently and was willing and able to do so with us, her relatives. She was not a youngster who was withdrawn or morose in dealing with adults.

My cousin Pat passed away in November 2019. I got to visit with her about 10 days before her passing. One of the topics we touched on was her grandchildren,

and she spoke lovingly about Margaret. I remember her explaining how Margaret was a big name in our family, and she was very proud and happy that her granddaughter was carrying it on.

The last time we saw Margaret was at a memorial service for her grandmother that December, and, as always, it was a treat for us to visit with her. Margaret gave remarks at the service and spoke quite movingly about her relationship with her grandmother, which clearly had been very close.

So I can assure you, Margaret comes from a good and close family.  She has and will continue to have the support of that family, including her father, mother and brother, as well as her aunts, uncles and cousins.  In my dealings with Margaret I have always found her to be a fundamentally good person; and I believe with my whole heart that the activities she engaged in that have bought her before you are aberrational, not a reflection of her true character, and highly unlikely to ever be repeated.

For my part if there is anything I can do to assist Margaret directly or even indirectly through her Dad or Mom as she goes through this process, I will do so. And I have communicated that to Aengus.

I appreciate your considering these factors in reaching a conclusion in Margaret's sentencing hearing.

Sincerely,

Thomas J Sugrue

February 7, 2022

Dear Judge Coughenour,

I am writing you in regards to the upcoming sentencing hearing of Margaret Channon. My relationship to her is that I am the owner of Hot Mamas Pizza here in Seattle. She has worked here for several years and always been a good employee. I was a bit surprised when I heard about the incident she was involved in downtown in the summer of 2020. She is a kind person and I don't feel that unfortunate incident represents the totality of who she is as a person. Marge understands that was wrong and regrets her actions.

What I want to convey to you is that since that incident Marge has really become a great worker. Over the last year she has worked five days week and really helped us get through a tough time. With the pandemic and just staff shortages in general Marge has been a rock solid employee. She runs shifts and takes care of the paperwork. She locks the place up at night and has my full trust. We are really going to miss her! I feel that incident was a wake up call to her and she wants to keep moving in a positive direction. Obviously I want to put in a good word for her and I can honestly tell you she has been doing a great job.

So in regards to her sentencing I hope you have a little jurisprudence in the matter. If there is any chance for early release or parole please consider that. If there is any chance of work release we would love to have her at Hot Mamas Pizza. I think Marge can definitely be a safe and productive member of the community. She has a bright future ahead of her and I would like to see her move in the right direction.

Sincerely,

Dave Nelson
Owner Hot Mamas Pizza

To the Honorable Judge Coughenour,

      Hello, my name is Nigel Larson. I'm the Senior delivery driver and daytime training manager at Hot Mama's Pizza located at 700 E. Pine street in Seattle. I had the pleasure of meeting Margaret "Marge" Channon in August of 2019 when she was hired for an entry level position. I trained her on the fundamentals of the job which she took to quickly; just as quickly she became a vital part of the team. She was and remains an exemplary employee who's skill and calm on the job were often indispensable. So you can imagine my shock when I heard what transpired in May of 2020. What she did was wrong, foolish, and completely reckless and no one is more aware of that than her. She has never spoken of the events of that day with anything other than complete acknowledgement that what she did was wrong, and always in a tone of sincere regret. While there is no excuse for this behavior, the circumstances leading up to that day most certainly were the catalyst for her crime. A nation overwhelmed with fear, and uncertainty at the onset of a once in a hundred year pandemic created a powder keg that exploded when George Floyd was killed by police. The whirlwind of fury swept up a lot of young, impressionable people to do things that they, under any other circumstance, would not have done otherwise and Marge is definitely one of those people. I firmly believe that if these extreme circumstances had not occurred she never would have committed this act.

      I think everyone is in agreement Marge should be punished for her wrongdoing, but even if she wasn't punished at all I truly believe she would never commit these acts again, and because of this we humbly ask for leniency. After talking with the owner, Dave, we agreed we're more than happy to have Marge back on work release as soon as the state deems her ready. It is just a pizza shop, but if we had the choice between anyone and Marge we would choose Marge in a heartbeat.

      I've been thinking a lot about a conversation I had with Marge on one of her first shifts with us. Training was going well and there was a lull in the work, I brought up the benefits of working at Hot Mama's (there's PTO, a 401k, Christmas bonus ect.), and that if she stayed on for a year there was even a paid week of vacation. Upon hearing that she lit up with excitement. She exclaimed that she had never worked anywhere that gave paid vacation, how she always wanted to travel for leisure and now she would finally get the chance to. I responded, "Yes, come August 2020 you'll get a week's pay, and can go anywhere you want." Well, it didn't work out that way. I hope when everything is said-n-done and she's served her debt to society, that she does finally get to take that vacation she always wanted.

Thank you for your time and consideration,
Nigel Larson

Dear Judge Coughenour,

My name is Wade Hodson, I'm a researcher in the Physics PhD program at the University of Maryland, College Park. In this letter, I'd like to make a few comments about my relationship with Margaret Channon prior to her sentencing. Margaret and I grew up together in Newport News, Virginia, and we've been friends since middle school. We became especially close during high school, when we both participated in the IB Diploma Programme of advanced coursework, where we discovered a common sense of style and values as we made art for our visual art and film classes. Today, though we live on opposite sides of the country, we still stay in close contact, and I think of her as one of my best friends.

Margaret has always stuck out to me as an especially kind, curious, and thoughtful person. These traits have never been more visible to me than during this trial, during which she has seriously reflected on the charges against her, her past actions, and her future ambitions. Witnessing this reflection has made me confident that she won't be committing this kind of offense again. I think that Margaret has grown from her experience, and I know that she has a strong network of family and friends that will help her continue to grow and make wise choices going forward.

I respectfully ask that you take these thoughts into consideration before making your judgement.

Sincerely,

Wade Hodson

February 8, 2022

Your Honor Judge Coughenour,

My name is Fergus Farley and I know Margaret going back 10 years now. We both attended Evergreen State College and were both engaged in art, music, literature, and politics. While it seemed like most people in college were trying to discover their interests and find their social circle, Margaret arrived a fully formed individual with deep and diverse interests. She is prolifically talented in the visual arts, filling notebooks with effortlessly expressive ideas and images. My partner Kate and I are proud to own a little chapbook that she made, and I often look to it for inspiration. As a friend, Margaret is incredibly attentive and emotionally intelligent. She can connect to people from all walks of life and is especially attuned to the struggles of the disenfranchised. Most classes at our school had some component of structural critique and collaborating on ways to enact social justice. When the protests of 2020 began, the whole country was reacting to a horrific incident and the structural failings that made such a thing possible. Margaret had clearly been aware of those feelings and critiques for a long time and I think the overwhelming energy of that time made a lot of people act in ways that they have come to regret. I know Margaret has had a lot of time to experience the consequences of her actions. Someone with her level of awareness certainly understands that the consequences of an impulsive decision made in the heat of the moment are not worth whatever thrill she was chasing. No brief emotional release is worth the arduous legal struggle that she has experienced. I also know that she has a close and supportive family and sees how her actions have hurt them. I don't believe that Margaret would do anything to intentionally hurt someone. Unfortunately, her actions have caused suffering to herself and those close to her. I don't believe she would commit this kind of offense again. She is capable of so much in her life and has the tools to express herself through art, has a supportive family and friends, and the desire to work productively towards creating a better world.

Fergus Farley

February 8, 2022

To Judge Coughenour,

I met Margaret Channon during my first year at Evergreen college in Olympia. I could tell right away that she was special, and I admire her so much. I always feel like I'm learning something when I'm talking to Margaret. She is so smart and creative, and when I tell her about something that I'm interested in she will remember, and the next time I see her she will probably have something cool to tell me about it. She is a great listener, artist, thinker, and friend.

I know she has touched so many people, she is compassionate and present and in the future I see her continuing to do so. In the future I see her doing something with helping or teaching people.

I know there is absolutely no likelihood of her committing this kind of offense again. In my opinion, Margaret is disproportionately and unfairly being singled out for property damage that was done during a large protest - the emotions of the masses were extremely heightened. I participated in protests around the same time as well, and there was so much fear, anger, and confusion. And while I don't condone it, it is really common for property to be destroyed in times like this - protests, concerts, even for sporting events. My heart breaks at the thought of Margaret bearing the weight of this. She would never do something like this again.

The last time I saw Margaret we walked around Volunteer Park together, we people watched, and she gave me several large bags of basil that she and her mom has grown. We made plans to take a hike together soon, and my heart is so regretful that I didn't follow through with that. Time flew by, and to be honest I was afraid to ask her about her availability because I was scared to hear updates about her sentencing. Your honor, Margaret is a wonderful person. I hope you are able to recognize that and give her another chance.

Thank you for your time.

Kate Mac

Laura Curran
█████████
█████████

February 9, 2022

Dear Judge Coughenour,

      My name is Laura Curran and I am an electrical engineer working in Virginia. I am writing to you as Margaret's friend about what I know of her. We met in high school and have been friends for more than 12 years. In school, she was a good student and a friend. She has always been creative, brilliant, courageous, and compassionate.

      After graduating high school, we kept in touch with each other throughout the years, and more closely so this past year. She has been easy to get in touch with, and I always like catching up with her. While she has made a misguided decision with her action in June 2020, she has done a lot of self-reflection and has maintained the most positive and healthy attitude during this whole period. She told me she wants to spend the remainder of her time leading up to the trial meaningfully even if it may come to an end, and she really did. She worked a lot to save up, and spent her free time with a good community of people she surrounded herself with. She also read a lot of inspiring books (she has always loved to read).

      I also want to shed some light on what she cares about the most in the core. Since we were young, she wanted to help people in need, and one of her main dreams was to build houses for homeless people. Even to this day she still brainstorms about how she could contribute to uplifting people. As an example, she has helped out a lady who was out of job and was homeless, by letting her stay with her until she was able to get back on her feet. She reaped no benefit from this event besides the fullness in her heart when she saw the lady financially recover.

      It is my sincere hope that the court takes this letter into consideration at the time of sentencing. Margaret is kind and altruistic. She is a good person.

Sincerely,
Laura Curran
█████████

February 8, 2022

To the Honorable Judge Coughenour,

I've known Margaret Channon for almost three years and am now engaged to marry her mother, Elizabeth MacGahan. Of course, in my position one is hopeful to be accepted by their partner's children, which has been the case with Margaret. From the beginning I have found Margaret to be easy going and pleasant to be around. She is self sufficient and has had employment. I find it remarkable that she got caught up in the frenzy of the day and it seems obvious to me that a repeat of that behavior would not happen.

Margaret is an intelligent young woman who hopes to continue her education and will achieve bigger and better things. I know she is remorseful and ready to turn this corner as soon as possible.

Thank you for your consideration,

Daniel Ayala
Burien, WA